

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

ENTERED
03/01/2010

In Re: Cordell Harper § Case No. 05-44326

§
§
§    # 85
§

Debtor(s). §

## Order for Payment of Unclaimed Funds

Upon the application of Citibank, N.A., seeking payment of $7,698.20 representing funds previously unclaimed by:

CITIFINANCIAL

1450 FRY RD

HOUSTON, TX 77084

a creditor or debtor in the above-entitled case, and it appearing from the application and supporting documentation that Citibank, N.A. is entitled to the unclaimed funds, it is

Ordered that the Clerk pay $7,698.20 to:

Citibank, N.A.
c/o Kathleen Allen, Recovery & Escheat Manager
3800 Citigroup Center Drive, Location G3-4
Tampa, FL 33610

Signed this 1 day of March, 2010.

_____
United States Bankruptcy Judge