UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

IN RE: §
§
Cordell Harper §
§ BANKRUPTCY CASE NUMBER
(Debtor), § 05-44326-H1-4
§
§

ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Cordell Harper, in the amount of $5,818.52, was not charged against the bank account of the debtor, within the 90 day limit and an unclaimed money report was entered on October 26, 2009 to close the account and transfer the monies into the Registry of the Clerk, U.S. Bankruptcy Court, and

It further appearing that Cordell Harper c/o Dilks & Knopik, LLC is now claiming the above monies in the petition attached hereto,

It is ORDERED that the Clerk of the U.S. Bankruptcy Court pay said sum of $5,818.52 to Dilks & Knopik, LLC and Cordell Harper at the following address:

P.O. Box 2728,
Issaquah, WA 98027-0125

Dated: _____    _____

UNITED STATES BANKRUPTCY JUDGE

Unclaimed.fds
06/23/98