

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
08/18/2010

| IN RE: | § | CASE NO. 09-34434-H1-13 |
|---|---|---|
| | § | |
| Rogelio Bermea Zertuche | § | CHAPTER 13 |
| Maria DeLaLuz Zertuche | § | |
| | § | |
| DEBTOR | § | |

### ORDER GRANTING MOTION FOR RECONSIDERATION

CAME ON for consideration the Debtor's Motion for Reconsideration the dismissal of this Chapter 13 Bankruptcy and the Court after having been shown that all parties in interest have been duly served, hereby issues the following Order:

IT IS THEREFORE ORDERED, that the Bankruptcy Case No. 09-34434-H1-13 is hereby reinstated and converted to a Chapter 7.

Signed: August 17, 2010

_____
Marvin Isgur
Chief United States Bankruptcy Judge